**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Lormond O. WISE, Appellant.**

**No. 24413.**

United States Court of Appeals, Ninth Circuit.

Feb. 2, 1970.

Barry R. Hirschfield (argued), San Francisco, Cal., for defendant-appellant.

Dean C. Smith (argued), U. S. Atty., Carroll D. Gray, Asst. U. S. Atty., Spokane, Wash., for plaintiff-appellee.

Before CHAMBERS, MERRILL and KOELSCH, Circuit Judges.

PER CURIAM.

 The judgment in this Dyer Act case is affirmed.

We have reviewed the evidence, the sufficiency of which is attacked. Counsel for appellant sincerely believes in his client's innocence. But mathematical certainty is not required. The standard is beyond a reasonable doubt. If Wise is innocent, he still got himself into a very damning set of circumstances from which the required inferences could be drawn.

Other points raised, we also find without merit.